AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:22-cv-11809-MAG-JJCG

Hon. Mark A. Goldsmith

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    William Harvey

was received by me on *(date)*    August 4, 2022    .

☐ I personally served the summons on the individual at *(place)*

_____    on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____    on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*    I served William Harvey via U.S.P.S. certified mail, restricted delivery to William Harvey at

35394 Edmunds Grove, New Baltimore, MI 48047 on September 19, 2022 at 11:38 am.    .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  9/22/22 _____

_____
Server's signature

Trevor Garrison, attorney for Plaintiff
_____
Printed name and title

1523 N. Main St., Royal Oak, MI 48067
_____
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Tracking Number:

Remove ✕

## 70203160000087217525

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:38 am on
September 19, 2022 in NEW BALTIMORE, MI 48047.

● **Delivered**
Delivered, Left with Individual
NEW BALTIMORE, MI 48047
September 19, 2022, 11:38 am

In Transit to Next Facility
September 18, 2022

Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 17, 2022, 10:37 pm

Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 16, 2022, 11:24 am

Departed Post Office
ROYAL OAK, MI 48068
September 16, 2022, 5:00 pm

USPS in possession of item
ROYAL OAK, MI 48068
September 16, 2022, 2:52 pm

**Hide Tracking History**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**William Harvey**
35394 Edmunds Grove
New Baltimore, MI 48047

9590 9402 6193 0220 0333 37

2. Article Number *(Transfer from service label)*

7020 3160 0000 8721 7525

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery
9.19.22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ad Mail
☐ ad Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

RETURN RECEIPT

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

METROPLEX MI 480

9 SEP 2022 PM 8 L

9590 9402 6193 0220 0333 37

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**Garrison Law, PC**
1523 N. Main St.
Royal Oak, MI 48067





## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New Baltimore, MI 48047

Certified Mail Fee
$ $3.25

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $10.35
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$ $3.36

Total Postage and Fees
$ $16.96

Sent To **William Harvey**
Street and Ap 35394 Edmunds Grove
City, State, Z New Baltimore, MI 48047

PS Form 38

7020 3160 0000 8721 7525

**UNITED STATES POSTAL SERVICE.**

ROYAL OAK
200 W 2ND ST
ROYAL OAK, MI 48068-9998
(800)275-8777

09/16/2022                          02:53 PM

Product              Qty   Unit    Price
                           Price

First-Class Mail®     1              $3.36
Large Envelope
    New Baltimore, MI 48047
    Weight: 0 lb 9.10 oz
    Estimated Delivery Date
        Mon 09/19/2022
    Restricted Del                  $10.35
        Recipient name
            WILLIAM HARVEY
        Tracking #:
            70203160000087217525
    Return Receipt                   $3.25
        Tracking #:
            9590 9402 6193 0220 0333 37
Total                               $16.96

Grand Total:                        $16.96

                                    $16.96