# EXHIBIT A

## AFFIDAVIT OF NON-SERVICE

| Case:<br>2:22-cv-11809-MAG-JJCG | Court:<br>United States District Court | County: | Job:<br>7558155 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Juwan Deering | | **Defendant / Respondent:**<br>Oakland County et al | |
| **Received by:**<br>Michigan Civil Process | | **For:**<br>Garrison Law PC | |
| **To be served upon:**<br>Ralph Jerome McMorris | | | |

I, Jason Schmaus, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Ralph Jerome McMorris, 30224 Southfield Rd Unit 245, Southfield, MI 48076

**Manner of Service:** Unsuccessful Attempt

**Documents:** Summons and Complaint

#### Additional Comments:

1) Unsuccessful Attempt: Aug 31, 2022, 12:52 pm EDT at 30244 Southfield Rd Unit 245, Southfield, MI 48076
No such apt number.

2) Unsuccessful Attempt: Sep 14, 2022, 2:49 pm EDT at 30224 Southfield Rd Unit 245, Southfield, MI 48076
I spoke with the defendant's brother who stated that the defendant passed away about a year ago.

3) Unsuccessful Attempt: Sep 27, 2022, 12:22 pm EDT at 30224 Southfield Rd Unit 245, Southfield, MI 48076
No answer at the apartment door.

4) Unsuccessful Attempt: Oct 10, 2022, 11:46 am EDT at 30224 Southfield Rd Unit 245, Southfield, MI 48076
No answer at the apartment door.

5) Unsuccessful Attempt: Oct 14, 2022, 7:12 pm EDT at 30224 Southfield Rd Unit 245, Southfield, MI 48076
No answer at the apartment door.

10/21/2022

Jason Schmaus                    Date

Michigan Civil Process
42815 Garfield Rd. Suite 208
Clinton Twp, MI 48038

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date                    Commission Expires

CHRISTINA PUCKETT
Notary Public - State of Michigan
County of Macomb
My Commission Expires
Acting in the County of