UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Juwan Deering, et al.,

                Plaintiff(s),

v.                                           Case No. 2:22–cv–11809–MAG–CI
                                                  Hon. Mark A. Goldsmith

Oakland County, et al.,

                Defendant(s),

## NOTICE OF REMOTE MOTION HEARING

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

Motion for Order to Show Cause – #84

- MOTION HEARING:  January 18, 2024 at 01:00 PM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** (669) 254–5252
**MEETING ID:**    160 461 8081

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                          By: s/Holly A Ryan
                                                            Acting in the absence of Karri Sandusky

Dated:   January 11, 2024